# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> MISR KEY ENERGY INVESTMENTS, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 99-0374528 | Chapter 11 <br><br> Case No. 16-12305 (BLS) |
| In re: <br><br> KEY ENERGY SERVICES, INC., <br><br> Debtor. <br><br> Tax I.D. No. 04-2648081 | Chapter 11 <br><br> Case No. 16-12306 (BLS) |
| In re: <br><br> KEY ENERGY SERVICES, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 20-8125567 | Chapter 11 <br><br> Case No. 16-12307 (BLS) |
| In re: <br><br> MISR KEY ENERGY SERVICES, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 42-1537527 | Chapter 11 <br><br> Case No. 16-12308 (BLS) <br><br> **Ref. Docket No. 3** |

## ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon the motion (the "<u>Motion</u>")[1] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order (the "<u>Order</u>"), pursuant to section

---

[1] Capitalized terms used but not defined herein have the meanings assigned to such terms in the Motion.

105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b) and Local Rule 1015-1, directing the joint administration of the Chapter 11 Cases for procedural purposes only; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and opportunity for a hearing on the Motion having been given; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The relief requested in the Motion is GRANTED as set forth herein.

2. The Chapter 11 Cases shall be (i) jointly administered pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, and (ii) consolidated for procedural purposes only.

3. The Clerk of the Court shall maintain one file and one docket for the Chapter 11 Cases, which file and docket shall be the file and docket for the Chapter 11 Case of Key Energy Services, Inc., Case No. 16-12306 (BLS).

4. All pleadings filed in the Chapter 11 Cases shall bear a consolidated caption in the following form:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KEY ENERGY SERVICES, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-12306 (BLS)<br><br>Jointly Administered |

FN1: The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Misr Key Energy Investments, LLC (4528), Key Energy Services, Inc. (8081), Key Energy Services, LLC (5567), and Misr Key Energy Services, LLC (7527). The mailing address for each Debtor is 1301 McKinney Street, Suite 1800, Houston, Texas 77010.

5. The Clerk of the Court shall make a docket entry in each of the Chapter 11 Cases other than the case of Key Energy Services, Inc. substantially as follows:

> An Order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing the procedural consolidation and joint administration of the chapter 11 cases of Misr Key Energy Investments, LLC; Key Energy Services, Inc.; Key Energy Services, LLC; and Misr Key Energy Services, LLC. The docket in the chapter 11 case of Key Energy Services, Inc., Case No. 16-12306 (___) should be consulted for all matters affecting this case.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned Chapter 11 Cases.

8. The foregoing caption satisfies the requirements of Bankruptcy Code section 342(c)(1).

9. The Debtors and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: October 25, 2016
Wilmington, Delaware

BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE