IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KEY ENERGY SERVICES, INC., et al.,[1] | Case No. 16-12306 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Doc. No.** |

ORDER APPROVING STIPULATION GRANTING
LIMITED RELIEF FROM THE AUTOMATIC STAY TO
PURSUE CERTAIN DISCOVERY

Upon consideration of the stipulation (the "Stipulation") by and between Key Energy Services, LLC, a debtor and debtor-in-possession in the above-captioned, jointly administered chapter 11 cases, and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") and Bruce Berwager, attached hereto as Exhibit 1; and the Certification of Counsel filed with respect to the Stipulation; and it appearing that approval of the Stipulation is in the best interests of the Debtors; and after due deliberation and sufficient cause appearing therefore, it is hereby ordered that:

1. The Stipulation attached hereto as Exhibit 1 is hereby APPROVED in accordance with its terms and is incorporated herein by this reference.

2. To the extent necessary, the automatic stay imposed by section 362(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") shall be modified, as of the date hereof, solely for the limited purpose and solely to the extent set forth in the Stipulation.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Misr Key Energy Investments, LLC (4528), Key Energy Services, Inc. (8081), Key Energy Services, LLC (5567), and Misr Key Energy Services, LLC (7527). The mailing address for each Debtor is 1301 McKinney Street, Suite 1800, Houston, Texas 77010.

218187056
ACTIVE 218187973v.2

3. Notwithstanding any applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure or the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, this Order shall be effective immediately upon its entry.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Nov. 9, 2016
Wilmington, Delaware

BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE