**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>KEY ENERGY SERVICES, INC., <u>et al.</u>[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-12306 (BLS)<br><br>(Jointly Administered)<br><br>**Re:  Docket No. 18** |

**NOTICE OF FILING OF PLAN SUPPLEMENT TO THE JOINT PREPACKAGED
PLAN OF REORGANIZATION OF KEY ENERGY SERVICES, INC. AND ITS
<u>DEBTOR AFFILIATES</u>**

     **PLEASE TAKE NOTICE THAT** Key Energy Services, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "<u>Debtors</u>") hereby file this plan supplement (the "<u>Plan Supplement</u>") in support of the *Joint Prepackaged Plan of Reorganization of Key Energy Services, Inc. and its Debtor Affiliates pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 18] (as may be amended, modified, or supplemented from time to time, the "<u>Plan</u>")[2] filed in these chapter 11 cases (the "<u>Chapter 11 Cases</u>") on October 24, 2016.

     **PLEASE TAKE FURTHER NOTICE THAT** the Plan Supplement includes the forms of the following documents, as may be modified, amended, or supplemented from time to time:

- **<u>Exhibit A</u>** — Amended and Restated Certificate of Incorporation of Reorganized Key Energy Services, Inc.
- **<u>Exhibit B</u>** — Amended and Restated Bylaws of Reorganized Key Energy Services, Inc.
- **<u>Exhibit C</u>** — Amended and Restated Certificate of Formation of Reorganized Key Energy Services, LLC
- **<u>Exhibit D</u>** — Amended and Restated Limited Liability Agreement of Reorganized Key Energy Services, LLC
- **<u>Exhibit E</u>** — Amended and Restated Certificate of Formation of Reorganized Misr Key Energy Investments, LLC
- **<u>Exhibit F</u>** — Amended and Restated Limited Liability Agreement of Reorganized Misr Key Energy Investments, LLC

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Misr Key Energy Investments, LLC (4528), Key Energy Services, Inc. (8081), Key Energy Services, LLC (5567), and Misr Key Energy Services, LLC (7527).  The mailing address for each Debtor is 1301 McKinney Street, Suite 1800, Houston, Texas 77010.

[2] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Plan.

- **Exhibit G** — Amended and Restated Certificate of Formation of Reorganized Misr Key Energy Services, LLC
- **Exhibit H** — Amended and Restated Limited Liability Agreement of Reorganized Misr Key Energy Services, LLC
- **Exhibit I** — New Warrant Agreement
- **Exhibit J** — List of Reorganized Debtors' Board Members and Officers
- **Exhibit K** — Investor Rights Agreement
- **Exhibit L** — Platinum Letter Agreement
- **Exhibit M** — Certain New ABL Credit Documents
- **Exhibit N** — New Term Loan Credit Agreement
- **Exhibit O** — Terms of the New MIP
- **Exhibit P** — Retained Causes of Action
- **Exhibit Q** — Rejected Executory Contract and Unexpired Lease List and List of Assumed Contracts as to Which Cure Costs are Other than $0.00

**PLEASE TAKE FURTHER NOTICE THAT** the documents contained in the Plan Supplement are integral to, and are considered part of, the Plan.  If the Plan is approved, the documents contained in the Plan Supplement will be approved by the United States Bankruptcy Court for the District of Delaware (the "Court") pursuant to the order confirming the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors reserve the right, subject to the terms and conditions set forth in the Plan and the Plan Support Agreement, to add additional documents to the Plan Supplement or to alter, amend, modify, or supplement any document in the Plan Supplement; *provided* that if any document in the Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the hearing to consider confirmation of the Plan, the Debtors will file a blackline of such document with the Court.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing (the "Combined Hearing") to consider, among other things, the adequacy of the Disclosure Statement, confirmation of the Plan, the assumption or rejection of Executory Contracts and Unexpired Leases and the proposed Cure Costs, any objections to any of the foregoing, and any other matter that may properly come before the Court shall be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, in Courtroom 1 of the United States Bankruptcy Court, 824 North Market Street, 6th Floor, Wilmington, Delaware, 19801, on December 6, 2016 at 10:00 a.m. (Prevailing Eastern Time). The Combined Hearing may be adjourned from time to time by the Court or the Debtors without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Court and served on other parties entitled to notice.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan, Disclosure Statement, and Plan Supplement are available for inspection on the Court's website at www.deb.uscourts.gov or free of charge on the Debtors' restructuring website at http://dm.epiq11.com/KeyEnergy.

Dated:   November 21, 2016          SIDLEY AUSTIN LLP
         Wilmington, Delaware       James F. Conlan
                                    Larry J. Nyhan
                                    Andrew F. O'Neill
                                    One South Dearborn Street
                                    Chicago, Illinois 60603
                                    Telephone:  (312) 853-7000
                                    Facsimile:  (312) 853-7036

                                    Jeffrey E. Bjork
                                    Christina M. Craige
                                    555 West Fifth Street, Suite 4000
                                    Los Angeles, California 90013
                                    Telephone:  (213) 896-6000
                                    Facsimile:  (213) 896-6600

                                    -and-

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                    */s/  Ryan M. Bartley*
                                    _____
                                    Robert S. Brady (No. 2847)
                                    Edwin J. Harron (No. 3396)
                                    Ryan M. Bartley (No. 4985)
                                    Rodney Square
                                    1000 North King Street
                                    Wilmington, Delaware 19801
                                    Telephone:  (302) 571-6600
                                    Facsimile:  (302) 571-1253

                                    ATTORNEYS FOR THE DEBTORS AND
                                    DEBTORS IN POSSESSION